B 2100A(Form 2100A) (12/15)

# UNITED STATES BANKRUPTCY COURT
### FOR THE MIDDLE DISTRICT OF PENNSYLVANIA
### WILKES-BARRE DIVISION

In re   Michael William Henning                    Case No.   5:20-bk-02617-MJC

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Lakeview Loan Servicing, LLC as serviced by Community Loan Servicing, LLC | Lakeview Loan Servicing, LLC |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:
**Community Loan Servicing, LLC**
**4425 Ponce De Leon Blvd. 5th Floor**
**Coral Gables, Florida 33146**

Court Claim # (if known):   10-2
Amount of Claim:   $157,030.61
Date Claim Filed:   09/30/2021

Phone:   866-709-3400                        Phone:   800-909-9525
Last Four Digits of Acct #   0006            Last Four Digits of Acct #   2455

Name and Address where transferee payments should be sent (if different from above):
**Community Loan Servicing, LLC**
**4425 Ponce De Leon Blvd. 5th Floor**
**Coral Gables, Florida 33146**

Phone:   866-709-3400
Last Four Digits of Acct #:   0006

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By:   /s/Heather D. Bock                            Date:   11/05/2021
        Authorized Agent for Transferee

Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571

COMMUNITY LOAN SERVICING, LLC PROVIDES A DEDICATED TEAM AND TOLL-FREE NUMBER (855-657-7531) TO BETTER ASSIST CHAPTER 13 TRUSTEES WITH ANY QUESTIONS OR TO CONTACT COMMUNITY LOAN SERVICING, LLC.

| | |
|---|---|
| In Re: Michael William Henning | Bankruptcy Case No.: 5:20-bk-02617-MJC |
| | Chapter: 13 |
| | Judge: Mark J Conway |

CERTIFICATE OF SERVICE

I, Heather D. Bock, of McCalla Raymer Leibert Pierce, LLC, 1544 Old Alabama Road, Roswell, Georgia 30076, certify:

That I am, and at all times hereinafter mentioned, was more than 18 years of age;

That on the date below, I served a copy of the within Transfer Of Claim filed in this bankruptcy matter on the following parties at the addresses shown, by regular United States Mail, with proper postage affixed, unless another manner of service is expressly indicated:

Michael William Henning
4100 Fire Line Road
Palmerton, PA 18071

LoanCare, LLC
3637 Sentara Way
Virginia Beach, VA 32452

Patrick James Best                     (*served via ECF Notification*)
ARM Lawyers
18 North 8th Street
Stroudsburg, PA 18360

Jack N Zaharopoulos (Trustee)          (*served via ECF Notification*)
Standing Chapter 13 Trustee
8125 Adams Drive, Suite A
Hummelstown, PA 17036

I CERTIFY UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Executed on: 11/05/2021        By: /s/Heather D. Bock
             (date)                Heather D. Bock
                                   Authorized Agent for Transferee