# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0314–5 | User: AutoDocketer | Date Created: 11/5/2021 |
| Case: 5:20–bk–02617–MJC | Form ID: trc | Total: 1 |

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

5367995   Lakeview Loan Servicing, LLC   c/o LoanCare, LLC   3637 Sentara Way   Virginia Beach, VA 32452

TOTAL: 1