United States Bankruptcy Court

Middle District of Pennsylvania

In re:                                                    Case No. 20-02617-MJC

Michael William Henning                                  Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

The following symbols are used throughout this certificate:

**Symbol**    **Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 22, 2023:**

NONE

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**

Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: RASEBN@raslg.com | Jan 20 2023 18:38:00 | Lakeview Loan Servicing, LLC, RAS Citron LLC, 130 Clinton Road, Suite 202, Fairfield, NJ 07004-2927 |

TOTAL: 1

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 22, 2023        Signature:    /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 20, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Adam R Weaver | on behalf of Creditor Janellea MacBeth AttyWeaver@icloud.com |
| Brian C Nicholas | on behalf of Creditor LAKEVIEW LOAN SERVICING  LLC bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Charles G. Wohlrab | on behalf of Creditor LAKEVIEW LOAN SERVICING  LLC cwohlrab@raslg.com |
| Charles G. Wohlrab | on behalf of Creditor Lakeview Loan Servicing  LLC cwohlrab@raslg.com |
| Christopher A DeNardo | |

on behalf of Creditor LAKEVIEW LOAN SERVICING  LLC logsecf@logs.com, cistewart@logs.com

Jack N Zaharopoulos

    TWecf@pamd13trustee.com

Lorraine Gazzara Doyle

on behalf of Creditor Lakeview Loan Servicing  LLC ldoyle@logs.com, Diane@mvrlaw.com;bankruptcy@friedmanvartolo.com

Patrick James Best

on behalf of Debtor 1 Michael William Henning patrick@armlawyers.com
kate@armlawyers.com;G29239@notify.cincompass.com;notices@nextchapterbk.com

Thomas Song

on behalf of Creditor LAKEVIEW LOAN SERVICING  LLC tomysong0@gmail.com

United States Trustee

    ustpregion03.ha.ecf@usdoj.gov

TOTAL: 10

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Michael William Henning
aka Mike Henning

**Debtor 1**

Chapter: 13

Case number: 5:20−bk−02617−MJC

Document Number: 69

Matter: Certificate of Default

Lakeview Loan Servicing, LLC
**Movant(s)**

vs.

Michael William Henning a/k/a Michael
Henning
and
Jack N Zaharopoulos, Trustee
**Respondent(s)**

## Notice

Notice is hereby given that:

This Bankruptcy Petition was filed on September 1, 2020.

A hearing on the above referenced matter has been scheduled for:

| United States Bankruptcy Court Max Rosenn US Courthouse, Courtroom 2, 197 South Main Street, Wilkes−Barre, PA 18701 | Date: 1/31/23 Time: 10:00 AM |
|---|---|

Initial requests for a continuance of hearing ( *L.B.F. 9013−4, Request to Continue Hearing/Trial with Concurrence)* shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing remotely shall be made in accordance with L.B.R. 9074−1.

Electronic equipment, including cell phones, pagers, laptops, etc., will be inspected upon entering the Courthouse. These devices may be used in common areas and should be turned to silent operation upon entering the Courtroom and Chambers.

Photo identification is required upon entering the Courthouse.

| **Address of the Bankruptcy Clerk's Office:** Max Rosenn U.S. Courthouse 197 South Main Street Wilkes−Barre, PA 18701 (570) 831−2500 | **For the Court:** Terrence S. Miller Clerk of the Bankruptcy Court: By: RyanEshelman, Deputy Clerk |
|---|---|
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: January 20, 2023 |

nthrgreq(02/19)