IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: MICHAEL HENNING, | : | CASE NO. 20-bk-02617-MJC |
| Debtor. | : | CHAPTER 13 |
| NATIONSTAR MORGAGE, LLC, as servicer for LAKEVIEW LOAN SERVICING, LLC | : | |
| Movant, | : | |
| v. | : | 11 U.S.C. §362 |
| MICHAEL HENNING, | : | |
| Debtor/Respondent | : | |
| JACK N ZAHAROPOULOUS, Trustee | : | |
| Additional Respondent. | : | |

## **DEBTOR'S OBJECTION TO CERTIFICATION OF DEFAULT**

AND NOW, comes the Debtor, Michael Henning, by and through his Attorney, Patrick J. Best, of ARM Lawyers, who hereby objects to Movant's Certification of Default for the reasons that follow.

1. Movant alleges that Debtor has defaulted on the Stipulation and Order dated October 1, 2021.

2. Debtor denies this default.

3. More specifically, the current Chapter 13 Plan is a conduit plan and all mortgage payments are paid by the Trustee.

4. The Trustee's ledger shows the payments being made to Movant.

5. Based upon the Trustee's ledger alone, it is clear that Debtor is not in default.

6. Debtor's residence is necessary for an effective reorganization and equities favor denying Movant's request for Certification of Default in this matter.

**WHEREFORE**, Debtor respectfully requests that this Honorable Court deny Movant's request for Certification of Default.

Date: September 28, 2023                                    /s/ Patrick J. Best
                                                             Patrick J. Best, Esq.
                                                             18 N. 8th St.
                                                             Stroudsburg PA 18360
                                                             570-420-7431
                                                             Attorney for Debtor