IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Michael William Henning a/k/a Mike Henning<br>    Debtor, | BANKRUPTCY CASE NUMBER<br>5:20-bk-02617-MJC |
| Nationstar Mortgage LLC as servicer for Lakeview Loan Servicing, LLC<br>    Movant.<br>v.<br><br>Michael William Henning a/k/a Mike Henning<br>    Debtor/Respondent,<br><br>Jack N. Zaharopoulos, Trustee<br>    Additional Respondent. | CHAPTER 13 |

## MOTION TO WITHDRAW

To The Clerk, United States Bankruptcy Court:

    Kindly withdraw, without prejudice, Movant, Nationstar Mortgage LLC as servicer for Lakeview Loan Servicing, LLC's Certification of Default filed with the Court on September 28, 2023, Docket No. 89.

*/s/ Christopher A. DeNardo*
Christopher A. DeNardo 78447
LOGS Legal Group LLP
3600 Horizon Drive, Suite 150
King of Prussia, PA 19406
(610) 278-6800
logsecf@logs.com

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Michael William Henning a/k/a Mike Henning<br>　　　Debtor, | BANKRUPTCY CASE NUMBER<br>5:20-bk-02617-MJC |
| Nationstar Mortgage LLC as servicer for Lakeview Loan Servicing, LLC<br>　　　Movant.<br>v.<br><br>Michael William Henning a/k/a Mike Henning<br>　　　Debtor/Respondent,<br><br>Jack N. Zaharopoulos, Trustee<br>　　　Additional Respondent. | CHAPTER 13 |

## **ORDER**

　　　AND NOW, this _____ day of _____, 2023, upon consideration of the Movant's Certification of Default filed with the Court on September 28, 2023, it is hereby ORDERED that the Motion is GRANTED.

　　　　　　　　　　　　　　　　　BY THE COURT:


　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　HONORABLE MARK J CONWAY
　　　　　　　　　　　　　　　　　UNITED STATES BANKRUPTCY JUDGE

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Michael William Henning a/k/a Mike Henning<br>  Debtor, | BANKRUPTCY CASE NUMBER<br>5:20-bk-02617-MJC |
| Nationstar Mortgage LLC as servicer for Lakeview Loan Servicing, LLC<br>  Movant.<br>v.<br>Michael William Henning a/k/a Mike Henning<br>  Debtor/Respondent,<br>Jack N. Zaharopoulos, Trustee<br>  Additional Respondent. | CHAPTER 13 |

## CERTIFICATE OF SERVICE

      I, Christopher A. DeNardo, an employee of the law firm of LOGS Legal Group LLP hereby certify that I caused to be served true and correct copies of Withdrawal by First Class Mail, postage prepaid, at the respective last known address of each person set forth below on this 29th day of September, 2023:

Michael William Henning a/k/a Mike Henning
4100 Fire line Road
Palmerton, PA 18071

Patrick James Best, Esquire, ARM Lawyers
18 North 8th Street
Stroudsburg, PA 18360
patrick@armlawyers.com - VIA ECF

Jack N. Zaharopoulos, Trustee
8125 Adams Drive, Suite A
Hummelstown, PA 17036
dehartstaff@pamd13trustee.com - VIA ECF

      I HEREBY CERTIFY UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

*/s/ Christopher A. DeNardo*
Christopher A. DeNardo 78447
LOGS Legal Group LLP
3600 Horizon Drive, Suite 150
King of Prussia, PA 19406
(610) 278-6800
logsecf@logs.com