IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Michael William Henning a/k/a Mike Henning<br>    Debtor, | BANKRUPTCY CASE NUMBER<br>5:20-bk-02617-MJC |
| Nationstar Mortgage LLC as servicer for Lakeview Loan Servicing, LLC<br>    Movant.<br>v.<br><br>Michael William Henning a/k/a Mike Henning<br>    Debtor/Respondent,<br><br>Jack N. Zaharopoulos, Trustee<br>    Additional Respondent. | CHAPTER 13 |

## CERTIFICATE OF CONCURRENCE

I hereby certify that on  October 4, 2023  our office contacted counsel for the Debtor and have received concurrence to withdraw the Certificate of Default.

                                        LOGS LEGAL GROUP LLP

Dated:  10/09/2023                                       BY:*/s/ Christopher A. DeNardo*
                                                                           Christopher A. DeNardo 78447