IN THE UNITED STATES BANKRUPTCY COURT
FOR THE Middle District of Pennsylvania
WILKES-BARRE DIVISION

IN RE: MICHAEL WILLIAM HENNING

CASE NO. 5-20-BK-02617

CLAIM: 1

### NOTICE OF CHANGE OF ADDRESS BY A CREDITOR

COMES NOW, LTD ACQUISITIONS, LLC hereby request the Trustee notice and payment address on its claim for the above mentioned case be changed from the following address:

LTD ACQUISITIONS, LLC
LTD Financial Services LLP
3200 Wilcrest Dr. Suite 600
HOUSTON TX 77042-0000

To the new address below:

LTD ACQUISITIONS, LLC
16225 Park Ten PL
Ste 500
Houston TX 77084

This address change pertains to Trustee payments and all other correspondences for this claim filed by the Creditor.

/s/David John     Date: 2/14/2024
David John
Telephone: (713) 414-2100