United States Bankruptcy Court

Middle District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 20-02617-MJC |
| Michael William Henning | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

District/off: 0314-5      User: AutoDocke      Page 1 of 2
Date Rcvd: May 24, 2024      Form ID: trc      Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol      Definition**
+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 26, 2024:**
NONE

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| 5367995 | + Email/Text: LC-Bankruptcy-RF@loancare.net | May 24 2024 18:36:00 | Lakeview Loan Servicing, LLC, c/o LoanCare, LLC, 3637 Sentara Way, Virginia Beach, VA 23452-4262 |

TOTAL: 1

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 26, 2024      Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 23, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Adam R Weaver | on behalf of Creditor Janellea MacBeth AttyWeaver@icloud.com |
| Charles G. Wohlrab | on behalf of Creditor Lakeview Loan Servicing LLC bkecf@friedmanvartolo.com, cwohlrab@ecf.courtdrive.com |
| Charles G. Wohlrab | on behalf of Creditor LAKEVIEW LOAN SERVICING LLC bkecf@friedmanvartolo.com, cwohlrab@ecf.courtdrive.com |
| Christopher A DeNardo | on behalf of Creditor LAKEVIEW LOAN SERVICING LLC logsecf@logs.com, cistewart@logs.com |
| Christopher A DeNardo | on behalf of Creditor Lakeview Loan Servicing LLC logsecf@logs.com, cistewart@logs.com |

| Jack N Zaharopoulos | TWecf@pamd13trustee.com |
| --- | --- |
| Michael Patrick Farrington | on behalf of Creditor LAKEVIEW LOAN SERVICING LLC mfarrington@kmllawgroup.com |
| Michelle McGowan | on behalf of Creditor Lakeview Loan Servicing LLC mimcgowan@raslg.com |
| Patrick James Best | on behalf of Debtor 1 Michael William Henning patrick@armlawyers.com hannah@armlawyers.com;notices@nextchapterbk.com |
| Thomas Song | on behalf of Creditor LAKEVIEW LOAN SERVICING LLC tomysong0@gmail.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 11

2100 B (12/15)

# United States Bankruptcy Court

Middle District of Pennsylvania
Case No. 5:20-bk-02617-MJC
Chapter 13

In re: Debtor(s) (including Name and Address)

Michael William Henning
4100 Fire Line Road
Palmerton PA 18071

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 05/23/2024.

| Name and Address of Alleged Transferor(s): | Name and Address of Transferee: |
|---|---|
| Claim No. 10: Lakeview Loan Servicing, LLC, c/o LoanCare, LLC, 3637 Sentara Way, Virginia Beach, VA 32452 | Lakeview Loan Servicing, LLC<br>2121 Waukegan Road, Suite 300<br>Bannockburn, Pennsylvania 60015<br>Lakeview Loan Servicing, LLC<br>2121 Waukegan Road, Suite 300<br>Bannockburn, Pennsylvania 60015 |

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 05/26/24

Terrence S. Miller
**CLERK OF THE COURT**