**UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

In Re:   MICHAEL WILLIAM HENNING
         MIKE HENNING

                          Debtor(s)
                                                 CHAPTER 13

         JACK N. ZAHAROPOULOS
         CHAPTER 13 TRUSTEE
                          Movant
         vs.
         MICHAEL WILLIAM HENNING              CASE NO: 5-20-02617-MJC
         MIKE HENNING


                          Respondent(s)



                    **TRUSTEE'S MOTION TO DISMISS CASE**

AND NOW, on November 8, 2024, Jack N. Zaharopoulos, Standing Chapter 13 Trustee, through his attorney, Agatha R. McHale, Esquire, and moves this Honorable Court for dismissal of the above-captioned Chapter 13 bankruptcy case in accordance with 11 U.S.C. Section 1307(c), due to material default by the debtor(s) with respect to the terms of the plan.

Notice of hearing and other instructions are included with this Motion.

WHEREFORE, your Trustee prays that this Honorable Court enter an Order dismissing the above-captioned case in accordance with 11 U.S.C. Section 1307(c).


Dated:     November 8, 2024              Respectfully submitted,

                                         /s/    Agatha R. McHale, Esquire
                                         ID:  47613
                                         Attorney for Trustee
                                         Jack N. Zaharopoulos
                                         Standing Chapter 13 Trustee
                                         Suite A, 8125 Adams Drive
                                         Hummelstown, PA 17036
                                         Phone:  (717) 566-6097
                                         email:  amchale@pamd13trustee.com

**UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

In Re:   MICHAEL WILLIAM HENNING
          MIKE HENNING

Debtor(s)

                                          CHAPTER 13

JACK N. ZAHAROPOULOS
CHAPTER 13 TRUSTEE

Movant

vs.
MICHAEL WILLIAM HENNING               CASE NO: 5-20-02617-MJC
MIKE HENNING

Respondent(s)

**NOTICE**

NOTICE IS HEREBY GIVEN THAT Jack N. Zaharopoulos, Standing Chapter 13 Trustee for the Middle District of Pennsylvania, has filed a Motion to Dismiss for failure to make timely payments pursuant to your Chapter 13 Plan.

YOU ARE HEREBY NOTICED that a HEARING with the Court has been scheduled on this motion.  Any matters not resolved shall be heard at the dismissal hearing.

Date:     December 5, 2024
Time:    10:00 AM
          U.S. Bankruptcy Court
          Max Rosenn U.S. Courthouse
          197 S. Main Street
          Wilkes Barre, PA   18701

YOU ARE FURTHER NOTICED that you MUST attend the dismissal hearing unless one of the following takes place.

1.   You have paid the following and have confirmed payment with Trustee Zaharopoulos's office.
      **AMOUNT DELINQUENT AS OF LAST MONTH:  $ 4918.00**
      **AMOUNT DUE FOR THIS MONTH: $1450.00**
      **TOTAL AMOUNT DUE BEFORE HEARING DATE: $6368.00**

**NOTE:**
      **ALL payments must be made by CERTIFIED CHECK, MONEY ORDER or through TFSBILLPAY.COM.  NO PERSONAL CHECKS OR CASH WILL BE ACCEPTED!**

      **DO NOT** send your payments REGISTERED, CERTIFIED, FEDERAL EXPRESS, UPS, or by any other special delivery service.  Doing so will delay processing of your payment and **may result in dismissal of your case.**

      **If submitting payment by U.S. First Class Mail** mail to**:**
          **CHAPTER 13 TRUSTEE, PO BOX 6008, MEMPHIS, TN 38101-6008**

If **submitting payment using TFSBILLPAY.COM** please **allow 5 business days** for payment to be applied.

2. You have entered into a valid stipulation with Trustee Zaharopoulos and that stipulation has been filed with the court, or

3. You have filed a voluntary conversion or a voluntary case dismissal with the U.S. Bankruptcy Court and have served a copy of that motion upon Trustee Zaharopoulos.

**FAILURE TO COMPLY WITH THE ABOVE WILL RESULT IN YOUR CHAPTER 13 CASE BEING CALLED FOR DISMISSAL HEARING WITH THE COURT ON THE DATE AND TIME AS SPECIFIED IN THIS NOTICE.  THIS MAY RESULT IN DISMISSAL OF YOUR CASE**.


Dated:    November 8, 2024          /s/   Agatha R. McHale, Esquire
                                    ID:  47613
                                    Attorney for Movant
                                    Jack N. Zaharopoulos
                                    Standing Chapter 13 Trustee
                                    Suite A, 8125 Adams Drive
                                    Hummelstown, PA 17036
                                    Phone:  (717) 566-6097
                                    email:  info@pamd13trustee.com

**UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

In Re:   MICHAEL WILLIAM HENNING
         MIKE HENNING

                       Debtor(s)
                                       CHAPTER 13

JACK N. ZAHAROPOULOS
CHAPTER 13 TRUSTEE
                       Movant
vs.
MICHAEL WILLIAM HENNING            CASE NO: 5-20-02617-MJC
MIKE HENNING

                     Respondent(s)

**CERTIFICATE OF SERVICE**

I certify that I am more than 18 years of age and that on November 8, 2024, I served a copy of this Motion to Dismiss, Notice and Proposed Order on the following parties from Hummelstown, PA, unless served electronically.

<u>Served Electronically</u>

PATRICK J BEST, ESQUIRE
MASINGTON, RIEGEL & GOLDBERG, LLC
18 N 8TH STREET
STROUDSBURG PA  18360-

UNITED STATES TRUSTEE
1501 NORTH 6TH STREET
PO BOX 302
HARRISBURG PA  17102

<u>SERVED BY FIRST CLASS MAIL</u>

MICHAEL WILLIAM HENNING
4100 FIRE LINE ROAD
PALMERTON  PA  18071

I certify under penalty of perjury that the foregoing is true and correct.

Date:  November 8, 2024               /s/  Tammy Life
                                     Office of the Standing Chapter 13 Trustee
                                     Jack N. Zaharopoulos
                                     Suite A, 8125 Adams Dr.
                                     Hummelstown, PA  17036
                                     Phone:  (717) 566-6097
                                     email: info@pamd13trustee.com

IN RE:    MICHAEL WILLIAM HENNING
          AKA: MIKE HENNING

                                                CHAPTER 13

          Debtor(s)


          JACK N. ZAHAROPOULOS
          CHAPTER 13 TRUSTEE
                 Movant                         CASE NO: 5-20-02617-MJC


          vs.


          MICHAEL WILLIAM HENNING
          AKA: MIKE HENNING



### ORDER DISMSSING CASE

    Upon consideration of the Trustee's Motion to Dismiss, it is hereby Ordered that the above-captioned bankruptcy be and hereby is dismissed.  The Court retains jurisdiction to rule on any timely filed fee application.