**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF PENNSYLVANIA**

Re: Michael William Henning

Case No.: 5-20-02617 MJC

Chapter 13

**Debtor(s)**

**NOTICE OF FINAL CURE PAYMENT**

According to Bankruptcy Rule 3002.1(f), the trustee gives notice that the amount required to cure the pre-petition and post-petition default in the claim below has been paid in full and the debtor(s) have completed all payments under the plan.

**PART 1: MORTGAGE INFORMATION**

| | |
|---|---|
| Creditor Name: | Rushmore |
| Court Claim Number: | 10 |
| Last Four of Loan Number: | 7596 |
| Property Address if applicable: | 4100 Fire Line Road |

**PART 2: CURE AMOUNT**

**Total cure disbursement made by the trustee:**

| | | |
|---|---|---|
| a. | Allowed prepetition arrearages: | $0.00 |
| b. | Prepetition arrearages paid by the trustee: | $0.00 |
| c. | Amount of postpetition fees, expenses, and charges recoverable under Bankruptcy Rule 3002.1(c): | $0.00 |
| d. | Amount of postpetition fees, expenses, and charges recoverable under Bankruptcy Rule 3002.1(c) and paid by the trustee: | $0.00 |
| e. | Allowed postpetition arrearage: | $5,938.98 |
| f. | Postpetition arrearage paid by the trustee: | $5,938.98 |
| g. | Total b, d, and f: | $5,938.98 |

**PART 3: POSTPETITION MORTGAGE PAYMENT**

Mortgage was paid through the Trustee from March 2023 through June 2024

| | |
|---|---|
| Current monthly mortgage payment: | unknown |
| The next post-petition payment was due on: | unknown |

**PART 4: A RESPONSE IS REQUIRED BY BANKRUPTCY RULE 3002.1(g)**

Under Bankruptcy Rule 3002.1(g), the creditor must file and serve on the debtor(s), their counsel, and the trustee, within 21 days after service of this notice, a statement indicating whether the creditor agrees that the debtor(s) have paid in full the amount required to cure the default and stating whether the debtor(s) have (i) paid all outstanding postpetition fees, costs

and escrow amounts due, and (ii) consistent with §1322(b)(5) of the Bankruptcy Code, are current on all postpetition payments as of the date of the response. Failure to file and serve the statement may subject creditor to further action of the court, including possible sanctions.

To assist in reconciling the claim, a history of payments made by the trustee is attached to copies of this notice sent to the debtor(s) and the creditor.

Dated: February 24, 2025                                   Respectfully submitted,


                                                           /s/ Jack N. Zaharopoulos
                                                           Standing Chapter 13 Trustee
                                                           Suite A, 8125 Adams Drive
                                                           Hummelstown, PA  17036
                                                           Phone:  (717) 566-6097
                                                           Fax:  (717) 566-8313
                                                           email:  info@pamd13trustee.com

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

Re:   Michael William Henning

Case No.: 5-20-02617 MJC

Chapter 13

**Debtor(s)**

## CERTIFICATE OF SERVICE

I certify that I am more than 18 years of age and that on February 24, 2025, I served a copy of this Notice of Final Cure Payment on the following parties by 1st Class mail from Hummelstown, PA, unless served electronically.

**Served Electronically**
Patrick J. Best, Esquire
Anders Riegel & Goldberg, LLC
18 N. 18th St
Stroudsburg PA 18360

**Served by First Class Mail**
Rushmore Loan Management SVC
PO Box 619079
Dallas TX 75261-9079

Michael William Henning
4100 Fire Line Rd
Palmerton PA 18071

I certify under penalty of perjury that the foregoing is true and correct.

Date: February 24, 2025

/s/ Liz Joyce
Office of the Standing Chapter 13 Trustee
Jack N. Zaharopoulos
Suite A, 8125 Adams Dr.
Hummelstown, PA  17036
Phone:  (717) 566-6097
email: info@pamd13trustee.com

# Disbursements for Claim

**Case:** 20-02617    **MICHAEL WILLIAM HENNING**

**RUSHMORE SERVICING**
P.O. BOX 619094

DALLAS, TX   75261-9741

Acct No: 7596

Sequence: 07
Modify:
Filed Date:
Hold Code: X

| | | | |
|---|---|---|---|
| Amt Sched: $0.00 | Debt: $35,587.99 | Interest Paid: $0.00 | |
| Amt Due: $1,137.08 | Paid: $18,578.31 | Accrued Int: $0.00 | |
| | | Balance Due: $17,009.68 | |

| Claim | name | Type | Date | Check # | Principal | Interest | Total | Reconciled |
|---|---|---|---|---|---|---|---|---|
| **5010** | **RUSHMORE SERVICING** | | | | | | | |
| 501-0 | RUSHMORE SERVICING | | 10/23/2024 | 2041318 | $1,125.45 | $0.00 | $1,125.45 | 11/01/2024 |
| | DisbDescrp: Payment for 6/2024 | | | | | | | |
| 501-0 | RUSHMORE SERVICING | | 08/07/2024 | 2039303 | $1,125.45 | $0.00 | $1,125.45 | 08/16/2024 |
| | Payment for 5/2024 | | | | | | | |
| 501-0 | RUSHMORE SERVICING | | 06/18/2024 | 2037592 | $1,125.45 | $0.00 | $1,125.45 | 06/28/2024 |
| | Payment for 3/2024 | | | | | | | |
| 501-0 | RUSHMORE SERVICING | | 06/18/2024 | 2037592 | $1,125.45 | $0.00 | $1,125.45 | 06/28/2024 |
| | Payment for 4/2024 | | | | | | | |
| 501-0 | RIGHT PATH SERVICING | | 05/22/2024 | 2036682 | $1,125.45 | $0.00 | $1,125.45 | 06/03/2024 |
| | Payment for 2/2024 | | | | | | | |
| 501-0 | RIGHT PATH SERVICING | | 03/14/2024 | 2034709 | $1,155.98 | $0.00 | $1,155.98 | 03/27/2024 |
| | Payment for 1/2024 | | | | | | | |
| 501-0 | RIGHT PATH SERVICING | | 12/19/2023 | 2031928 | $1,155.98 | $0.00 | $1,155.98 | 01/03/2024 |
| | Payment for 12/2023 | | | | | | | |
| 501-0 | RIGHT PATH SERVICING | | 11/15/2023 | 2030962 | $1,155.98 | $0.00 | $1,155.98 | 11/29/2023 |
| | Payment for 11/2023 | | | | | | | |
| 501-0 | RIGHT PATH SERVICING | | 10/18/2023 | 2030027 | $1,155.98 | $0.00 | $1,155.98 | 11/01/2023 |
| | Payment for 10/2023 | | | | | | | |
| 501-0 | RIGHT PATH SERVICING | | 09/19/2023 | 2029045 | $1,155.98 | $0.00 | $1,155.98 | 09/29/2023 |
| | Payment for 9/2023 | | | | | | | |
| 501-0 | RIGHT PATH SERVICING | | 08/09/2023 | 2028028 | $1,155.98 | $0.00 | $1,155.98 | 08/17/2023 |
| | Payment for 7/2023 | | | | | | | |
| 501-0 | RIGHT PATH SERVICING | | 08/09/2023 | 2028028 | $1,155.98 | $0.00 | $1,155.98 | 08/17/2023 |
| | Payment for 8/2023 | | | | | | | |
| 501-0 | RIGHT PATH SERVICING | | 06/13/2023 | 2026117 | $1,214.80 | $0.00 | $1,214.80 | 06/23/2023 |
| | Payment for 6/2023 | | | | | | | |
| 501-0 | RIGHT PATH SERVICING | | 05/16/2023 | 2025179 | $1,214.80 | $0.00 | $1,214.80 | 05/26/2023 |
| | Payment for 5/2023 | | | | | | | |

| Claim | name | Type | Date | Check # | Principal | Interest | Total | Reconciled |
|---|---|---|---|---|---|---|---|---|
| | | | | | | DisbDescrp | | |
| 501-0 | RIGHT PATH SERVICING | | 04/18/2023 | 2024177 | $1,214.80 | $0.00 | $1,214.80 | 04/28/2023 |
| | | | | | Payment for 4/2023 | | | |
| 501-0 | RIGHT PATH SERVICING | | 03/15/2023 | 2023138 | $1,214.80 | $0.00 | $1,214.80 | 03/24/2023 |
| | | | | | Payment for 3/2023 | | | |
| | | | | Sub-totals: | $18,578.31 | $0.00 | $18,578.31 | |
| | | | | Grand Total: | $18,578.31 | $0.00 | | |

# Disbursements for Claim

**Case:** 20-02617     **MICHAEL WILLIAM HENNING**

**RIGHT PATH SERVICING**
SERVICING NATIONSTAR MORT
P.O. BOX 619094
DALLAS, TX   75261-

**Sequence:** 24
**Modify:**
**Filed Date:** 10/26/2020 12:00:00AM
**Hold Code:** X

**Acct No:** 7596/POST ARREARS/4100 FI

|  |  | Debt: | $7,163.01 | Interest Paid: | $0.00 |
|---|---|---|---|---|---|
| Amt Sched: | $0.00 |  |  | Accrued Int: | $0.00 |
| Amt Due: | $0.00 | Paid: | $5,938.98 | Balance Due: | $1,224.03 |

| Claim | name | Type | Date | Check # | Principal | Interest DisbDescrp | Total | Reconciled |
|---|---|---|---|---|---|---|---|---|
| **5210** | **RIGHT PATH SERVICING** | | | | | | | |
| 521-0 | RIGHT PATH SERVICING | | 12/19/2023 | 2031929 | $895.62 | $0.00 | $895.62 | 01/03/2024 |
| 521-0 | RIGHT PATH SERVICING | | 11/15/2023 | 2030963 | $329.82 | $0.00 | $329.82 | 11/29/2023 |
| 521-0 | RIGHT PATH SERVICING | | 10/18/2023 | 2030028 | $404.26 | $0.00 | $404.26 | 11/14/2023 |
| 521-0 | RIGHT PATH SERVICING | | 09/19/2023 | 2029046 | $2,118.86 | $0.00 | $2,118.86 | 09/29/2023 |
| 521-0 | RIGHT PATH SERVICING | | 08/09/2023 | 2028029 | $862.09 | $0.00 | $862.09 | 08/17/2023 |
| 521-0 | RIGHT PATH SERVICING | | 06/13/2023 | 2026118 | $943.77 | $0.00 | $943.77 | 06/23/2023 |
| 521-0 | RIGHT PATH SERVICING | | 05/16/2023 | 2025180 | $384.56 | $0.00 | $384.56 | 05/26/2023 |
|  |  |  | Sub-totals: | $5,938.98 | $0.00 | $5,938.98 | | |
|  |  |  | Grand Total: | $5,938.98 | $0.00 | | | |