Certificate Number: 13861-PAM-DE-039549576

Bankruptcy Case Number: 20-02617



13861-PAM-DE-039549576

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on April 13, 2025, at 2:34 o'clock PM PDT, Michael William Henning completed a course on personal financial management given by internet by Evergreen Financial Counseling, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Middle District of Pennsylvania.

Date: April 13, 2025

By: /s/Kelly M Overton

Name: Kelly M Overton

Title: Counselor