United States Bankruptcy Court

Middle District of Pennsylvania

In re:  
Michael William Henning  
    Debtor

Case No. 20-02617-MJC  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0314-5      User: AutoDocke      Page 1 of 3  
Date Rcvd: May 14, 2025      Form ID: 3180W      Total Noticed: 27

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 16, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Michael William Henning, 4100 Fire Line Road, Palmerton, PA 18071-5743 |
| aty | + | Jason Brett Schwartz, Mester & Schwartz, P.C., 1917 Brown Street, Philadelphia, PA 19130-2085 |
| 5356133 | + | Adam Weaver, Esq, 1407 Blakeslee Blvd Drive East, Lehighton, PA 18235-9665 |
| 5356136 | + | Fin Recovery, Po Box 8609, Cherry Hill, NJ 08002-0609 |
| 5356139 | + | Janella Macbeth, 189 Dogwood Lane, Saylorsburg, PA 18353-7988 |
| 5358736 | + | Janellea MacBeth, 189 Dogwood Lane, Saylorsburg, PA 18353-7988 |
| 5356141 | + | PPL Electric Utilities, PO Box 25222, Lehigh Valley, PA 18002-5222 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | EDI: AISACG.COM | May 14 2025 22:37:00 | Capital One Auto Finance, a division of Capital On, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 5356134 | + | EDI: CAPONEAUTO.COM | May 14 2025 22:37:00 | Capital One Auto Finan, Po Box 259407, Plano, TX 75025-9407 |
| 5357046 | + | EDI: AISACG.COM | May 14 2025 22:37:00 | Capital One Auto Finance, a division of, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 5361983 | + | EDI: AISACG.COM | May 14 2025 22:37:00 | Capital One Auto Finance, a division of Capital On, P.O. Box 4360, Houston, TX 77210-4360 |
| 5356135 | + | EDI: PENNDEPTREV | May 14 2025 22:37:00 | Commonwealth of Pennsylvania, Dept of Revenue - Bankruptcy Division, PO Box 280946, Harrisburg, PA 17128-0946 |
| 5356137 | + | EDI: AMINFOFP.COM | May 14 2025 22:37:00 | First Premier Bank, 601 S Minnesota Ave, Sioux Falls, SD 57104-4868 |
| 5356138 | | EDI: IRS.COM | May 14 2025 22:37:00 | Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 5356682 | ^ | MEBN | May 14 2025 18:36:27 | LTD ACQUISITIONS, LLC, 16225 Park Ten Pl, Ste 500, Houston TX 77084-5152 |
| 5357801 | | Email/PDF: resurgentbknotifications@resurgent.com | May 14 2025 18:46:42 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5444396 | + | Email/Text: nsm_bk_notices@mrcooper.com | May 14 2025 18:38:00 | Lakeview Loan Servicing, LLC, 4425 Ponce De Leon Blvd. 5th Floor, Coral Gables, Florida 33146-1839 |
| 5444397 | + | Email/Text: nsm_bk_notices@mrcooper.com | May 14 2025 18:38:00 | Lakeview Loan Servicing, LLC, 4425 Ponce De Leon Blvd. 5th Floor, Coral Gables, Florida 33146, Lakeview Loan Servicing, LLC, 4425 Ponce De Leon Blvd. 5th Floor, Coral Gables, Florida 33146-1837 |

| Recip ID | Bypass | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 5497412 | | ^ MEBN | May 14 2025 18:36:26 | Lakeview Loan Servicing, LLC, 2121 Waukegan Road,Suite 300, Bannockburn,Pennsylvania 60015, Lakeview Loan Servicing, LLC, 2121 Waukegan Road,Suite 300, Bannockburn,Pennsylvania 60015-1831 |
| 5366837 | + | Email/Text: RASEBN@raslg.com | May 14 2025 18:38:00 | Lakeview Loan Servicing, LLC, RAS Citron LLC, 130 Clinton Road, Suite 202, Fairfield NJ 07004-2927 |
| 5367995 | + | Email/Text: LC-Bankruptcy-RF@loancare.net | May 14 2025 18:38:00 | Lakeview Loan Servicing, LLC, c/o LoanCare, LLC, 3637 Sentara Way, Virginia Beach, VA 23452-4262 |
| 5497411 | | ^ MEBN | May 14 2025 18:36:25 | Lakeview Loan Servicing, LLC, 2121 Waukegan Road,Suite 300, Bannockburn,Pennsylvania 60015-1831 |
| 5356140 | + | Email/Text: LC-Bankruptcy-RF@loancare.net | May 14 2025 18:38:00 | Loancare, 3637 Sentara Way, Virginia Beach, VA 23452-4262 |
| 5363082 | + | EDI: JEFFERSONCAP.COM | May 14 2025 22:37:00 | Premier Bankcard, Llc, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud Mn 56302-7999 |
| 5356142 | + | Email/PDF: RACBANKRUPTCY@BBANDT.COM | May 14 2025 18:46:42 | Regional Acc, 5425 Robin Road Suite 101, Norfolk, VA 23513-2451 |
| 5356143 | | ^ MEBN | May 14 2025 18:36:24 | St Luke's University Health Network, 801 Ostrum Street, Bethlehem, PA 18015-1000 |
| 5370263 | | EDI: AIS.COM | May 14 2025 22:37:00 | Verizon, by American InfoSource as agent, PO Box 4457, Houston, TX 77210-4457 |

TOTAL: 20

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | Capital One Auto Finance, a division of Capital On, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | *+ | Janellea MacBeth, 189 Dogwood Lane, Saylorsburg, PA 18353-7988 |
| cr | *+ | LTD ACQUISITIONS, LLC, 16225 Park Ten PL, Ste 500, Houston, TX 77084-5152 |
| cr | *+ | Lakeview Loan Servicing, LLC, RAS Citron LLC, 130 Clinton Road, Suite 202, Fairfield, NJ 07004-2927 |
| 5618978 | *+ | Lakeview Loan Servicing, LLC, 2121 Waukegan Road,Suite 300, Bannockburn,Pennsylvania 60015, Lakeview Loan Servicing, LLC, 2121 Waukegan Road,Suite 300, Bannockburn,Pennsylvania 60015-1831 |
| 5618977 | *+ | Lakeview Loan Servicing, LLC, 2121 Waukegan Road,Suite 300, Bannockburn,Pennsylvania 60015-1831 |

TOTAL: 0 Undeliverable, 6 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 16, 2025      Signature:      /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 14, 2025 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| Adam R Weaver | on behalf of Creditor Janellea MacBeth AttyWeaver@icloud.com |
| Charles G. Wohlrab | on behalf of Creditor LAKEVIEW LOAN SERVICING  LLC bkecf@friedmanvartolo.com, cwohlrab@ecf.courtdrive.com |
| Charles G. Wohlrab | on behalf of Creditor Lakeview Loan Servicing  LLC bkecf@friedmanvartolo.com, cwohlrab@ecf.courtdrive.com |
| Christopher A DeNardo | on behalf of Creditor LAKEVIEW LOAN SERVICING  LLC logsecf@logs.com, cistewart@logs.com |
| Christopher A DeNardo | on behalf of Creditor Lakeview Loan Servicing  LLC logsecf@logs.com, cistewart@logs.com |
| Denise E. Carlon | on behalf of Creditor LAKEVIEW LOAN SERVICING  LLC bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Heather Riloff | on behalf of Creditor Lakeview Loan Servicing  LLC logsecf@logs.com |
| Jack N Zaharopoulos | ecf_pahu_alt@trustee13.com |
| Michelle McGowan | on behalf of Creditor Lakeview Loan Servicing  LLC mimcgowan@raslg.com |
| Patrick James Best | on behalf of Debtor 1 Michael William Henning patrick@armlawyers.com notices@nextchapterbk.com;luis@armlawyers.com;lbeal@armlawyers.com |
| Thomas Song | on behalf of Creditor LAKEVIEW LOAN SERVICING  LLC tomysong0@gmail.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 12

| Information to identify the case: | | |
|---|---|---|
| Debtor 1: Michael William Henning<br>First Name  Middle Name  Last Name | Social Security number or ITIN: xxx–xx–0635<br>EIN: __–_____ | |
| Debtor 2 (Spouse, if filing):<br>First Name  Middle Name  Last Name | Social Security number or ITIN: ____<br>EIN: __–_____ | |
| United States Bankruptcy Court  Middle District of Pennsylvania | | |
| Case number: 5:20-bk-02617-MJC | | |

# Order of Discharge 12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Michael William Henning
aka Mike Henning

5/14/25

**By the court:**

Mark J. Conway, United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**